## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00627-CMA-CBS

KAMRYN WHITLEY,

    Plaintiff,

v.

GRAEBEL COMPANIES, INC.,
DAVID W. GRAEBEL,
BOBBI HILL,
TABATHA BOTTOMLY, and
JOHN/JANE DOES I-X,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the Plaintiff's Unopposed Motion To Dismiss With Prejudice (Doc. # 14), filed July 16, 2009.  The Court having considered the Motion To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE.

DATED:  July   22  , 2009

                                        BY THE COURT:

                                        *Christine M Arguello*
                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge